JS-6

PLEISS SITAR MCGRATH GATES & AJELLO
Laura K. Sitar, State Bar No. 195806
E-Mail: lsitar@pleisslaw.com
Kristina M. Edrington. State Bar No. 324619
E-Mail: kedringtona@pleisslaw.com
2875 Michelle Drive, Suite 150
Irvine, CA 92606
Tele: (949) 788-1790
Fax: (949) 788-1799

Attorneys for Defendants, CAMBRIDGE SIERRA HOLDINGS, LLC dba RECHE CANYON REGIONAL REHAB CENTER and ARK POST ACUTE NETWORK, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MONICA BACA,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE SIERRA HOLDINGS, LLC doing business as RECHE CANYON REGIONAL REHABILITATION CENTER, LLC, a California limited liability company; DOE PHYSICIANS 1 – 50; DOE PHARMACY 1 – 10; DOE PHARMACISTS 1-50; and DOES 1 – 300,<br><br>Defendants.<br><br>and<br><br>ANGELINA MICHELLE LOPEZ, and CASSANDRA MONIQUE BACA,<br><br>Nominal Defendants. | Case No: 5:25-cv-01322-SSS-SPx<br><br>[San Bernardino Superior Court Case No.: CIVSB2304456 Consolidated with CIVSB2304457]<br><br>District Judge: Hon. Sunshine Suzanne Sykes<br>Magistrate Judge: Hon. Sheri Pym<br><br>**ORDER RE STIPULATION TO REMAND CASE BACK TO STATE COURT** |

THE COURT, having reviewed and considered the Stipulation to Remand case back to State Court, and finding good cause exists, hereby GRANTS the

Stipulation and ORDERS as follows:

    1.    This matter is remanded back to the originating court, Superior Court of the State of California for the County of San Bernardino; and

    2.    Plaintiff, MONICA BACA is entitled to seek to recover her attorney fees based on Plaintiff's argument ARK POST ACUTE NETWORK, LLC failed to meet the procedural and jurisdictional requirements of removal.

Dated: July 28, 2025

_____
SUNSHINE S. SYKES
United States District Judge